*Order Filed on 08/11/2011 by Clerk U.S. Bankruptcy Court District of New Jersey*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption is in Compliance with D.N.J.L.BR. 9004-2(c)
Douglas J. Smillie (DS 1052)
Fitzpatrick Lentz & Bubba, P.C.
4001 Schoolhouse Lane, P. O. Box 219
Center Valley, PA  18034-0219
610-797-9000
Attorneys for M&T Bank

*In Re:*

Marianella Rosamilia *aka*
Marianella Mattia *aka*
Sylvia Rosamilia

Case No.: 11-27126 (RG)

Hearing Date:  August 9, 2011

Judge: Rosemary Gambardella

Chapter:   7

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

### ORDER VACATING STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: 08/11/2011**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of <u>M&T Bank</u> under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay in vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real property more fully described as:

☒ Personal property more fully described as:

   1993 Grady White Cuddy Boat (VIN#NTLCA507C393) and Mercury Twin Diesel engine

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Approved by Judge Rosemary Gambardella   August  11, 2011*